# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE KPN N.V., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-0046-LPS |
| | ) |
| U-BLOX AG and U-BLOX AMERICA, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Koninklijke KPN N.V., ("Plaintiff") and Defendants U-Blox AG and U-Blox America, Inc. ("Defendants"), subject to the approval of the Court, that the time for Defendants to answer, move or otherwise respond to Plaintiff's Amended Complaint (D.I. 13) is extended to June 24, 2021.

FARNAN LLP

By: */s/ Brian E. Farnan*
   Brian E. Farnan (#4089)
   Michael J. Farnan (#5165)
   919 N. Market Str., 12th Floor
   Wilmington, DE 19801
   (302) 777-0300
   bfarnan@farnanlaw.com
   mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

Dated: May 27, 2021

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
   Philip A. Rovner (#3215)
   Jonathan A. Choa (#5319)
   Hercules Plaza
   P.O. Box 951
   Wilmington, DE 19899
   (302) 984-6000
   provner@potteranderson.com
   jchoa@potteranderson.com

*Attorneys for Defendants*

IT IS SO ORDERED this _____ day of _____, 2021.

_____
The Honorable Leonard P. Stark